```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

CYNTHIA S. MCKAY                                         PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 5:05cv80-DCB-JMR

MIKE JOHANNS, SECRETARY OF THE
UNITED STATES DEPARTMENT OF
AGRICULTURE, AND
NICK WALTERS, STATE DIRECTOR OF
THE UNITED STATES DEPARTMENT OF
AGRICULTURE, RURAL DEVELOPMENT                           DEFENDANTS

## FINAL JUDGMENT

This matter comes before the Court on Mike Johann's Motion to Dismiss or in the Alternative Motion for Summary Judgment [**docket entry no. 18**].  The Court granted the defendant's Motion for Summary Judgment in a separate Memorandum Opinion and Order.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 28th day of August, 2006.


                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE